# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                          CASE NO.: 8:10-CR-00157-JDW-TGW

LYNNE BOOTH
 a/k/a "Lynne Standridge"
 a/k/a "Lynne Farmer"

## MOTION TO CONTINUE SENTENCING

COMES NOW Defendant LYNNE BOOTH also known as Lynne Standridge and Lynne Farmer, by and through her undersigned counsel and files this her Motion To Continue Sentencing set for Monday, August 16, 2010 at 1:30 p.m. and in support thereof would state the following:

1. Counsel for Defendant has a conflict which would necessarily prevent his attendance at this hearing.

2. Counsel for Defendant requests this Honorable Court to continue hearing to August 23, 2010, August 25, 2010 or August 26, 2010.

3. United States Assistant Attorney Thomas Palermo has been contacted regarding this continuance and has authorized the undersigned to represent that he does not object to the granting of this motion.

4. This motion is made in good faith and will not unduly delay proceedings, nor prejudice any party.

                                                  Respectfully submitted,

                                                  /s/ Gregory K. Showers
                                                  Louis Kwall
                                                  Fla Bar No.: 106690
                                                  Louis@ksblaw.com
                                                  Gregory K. Showers
                                                  Fla Bar No.: 0000760
                                                  Greg@ksblaw.com

Kwall, Showers & Barack, P.A.
133 North Ft. Harrison Avenue
Clearwater, Florida 33755
(727) 441-4947
(727) 447-3158  Facsimile

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by U.S. Mail Service to the Office of the United States Attorney, 801 North Florida Avenue, Tampa, Florida 33602 on this  11   day of  June   2010.

/s/ Gregory K. Showers
Attorney

.